# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1627
_____

Kristy Michelle Keirsey

*Plaintiff - Appellant*

v.

LaWanda Newton, Supervisor of Reasonable Accomodations; Gregory Buerschen, Dental Chief and Supervisor; Kimberly Unknown, of Department of Labor - Claims; Edwina Dickerson, HR Specialist Workers Compensation; Angela Smith, Senior Strategic Business Partner Human Resources; Douglas A. Collins, Secretary of Veteran Affairs; Elena S. Goldstein, Deputy Solicitor of Labor Front Office U.S. Department of Labor; Department of Veterans Affairs; Paul Hopkins, Director; Ashley Leopold, Environment of Care/Safety

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: March 10, 2026
Filed: March 13, 2026
[Unpublished]
_____

Before BENTON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Kristy Keirsey appeals the district court's[1] dismissal of her pro se action raising civil rights and Federal Torts Claim Act claims arising from her federal employment. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper for the reasons stated by the district court. See Montin v. Moore, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of dismissal under Federal Rule of Civil Procedure 12(b)). We find no abuse of discretion in the denial of Keirsey's motion to amend her complaint, see Reuter v. Jax Ltd., Inc., 711 F.3d 918, 921-22 (8th Cir. 2013) (standard of review; district court may deny leave to amend complaint if amendment would be futile); and no merit to her allegations of judicial bias, see Liteky v. United States, 510 U.S. 540, 555 (1994) (judicial rulings alone almost never constitute valid basis for finding of bias).

The judgment is affirmed. See 8th Cir. R. 47B. We deny Keirsey's pending motions.

_____

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.